### Krawczyk Unemployment Compensation Case.

Submitted December 8, 1969. *Joseph S. Krawczyk*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

### Lopez *v.* O'Brien et ux., Appellants.

Argued December 9, 1969. *D. Barry Gibbons*, with him *John J. O'Brien*, and *Gibbons & Buckley*, for appellant; *Guy G. deFuria*, with him *deFuria and Larkin*, for appellee.

Judgment affirmed.